STATE OF NEW JERSEY v. MICHAEL CHAYTOR.

April 1, 1976. Petition for certification denied.

LUCILLE INGRAM HARVARD v.
BUSHBERG BROTHERS, INCORPORATED.

September 7, 1976. Petition for certification granted. (See 137 *N. J. Super.* 537)

LUCILLE INGRAM HARVARD v.
BUSHBERG BROTHERS, INCORPORATED.

September 7, 1976. Cross-Petition for certification granted. (See 137 *N. J. Super.* 537)

ANNIE BETHEL v. ANN KLEIN, COMMISSIONER OF IN-
STITUTIONS AND AGENCIES.

September 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH ANTONELLI.

September 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SARAPUCIELLO.

September 8, 1976. Petition for certification denied.